JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 2 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1456

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION*

*County of Onondaga v. Abbott Laboratories, Inc., et al.*, N.D. New York, C.A. No. 5:05-88

### CONDITIONAL TRANSFER ORDER (CTO-20)

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 34 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d 1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

| | |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>CLERK'S OFFICE<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*Michael J. Beck*<br>Michael J. Beck<br>Clerk of the Panel |

# U.S. District Court
## Northern District of New York [LIVE - Version 2.3] (Syracuse)
## CIVIL DOCKET FOR CASE #: 5:05-cv-00088-FJS-GHL

| | |
|---|---|
| County of Onondaga v. Abbott Laboratories, Inc. et al<br>Assigned to: Chief Judge Frederick J. Scullin, Jr<br>Referred to: Magistrate Judge George H. Lowe<br>Cause: 42:1396 - Tort Negligence | Date Filed: 01/26/2005<br>Jury Demand: Plaintiff<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: Federal Question |

**Plaintiff**

**County of Onondaga**   represented by   **Aaron D. Hovan**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: ahovan@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne M. Cicala**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: jcicala@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger W. Kirby**
Kaufman, Malchman Law Firm
919 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: rwkemail@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

Agouron Pharmaceuticals, Inc.

**Defendant**

Alcon Laboratories, Inc.

**Defendant**

Allergan, Inc.

**Defendant**

Alpharma, Inc.

**Defendant**

Amgen, Inc.

**Defendant**

Andrx Corp.

**Defendant**

Astrazeneca Pharmaceuticals L.P.

**Defendant**

Aventis Pharmaceuticals Inc.

**Defendant**

Barr Laboratories, Inc.

**Defendant**

Baxter International, Inc.

**Defendant**

Baxter Healthcare Corporation

**Defendant**

Bayer Corp.

**Defendant**

Ben Venue Laboratories, Inc.

**Defendant**

Berlex Laboratories, Inc.

**Defendant**

Biogen Idec, Inc.

**Defendant**
Biovail Pharmaceuticals, Inc.

**Defendant**
Boehringer Ingelheim Corp.

**Defendant**
Boehringer Ingelheim
Pharmaceuticals, Inc.

**Defendant**
Dermik Laboratories, Inc.

**Defendant**
Dey, Inc.

**Defendant**
Eisai, Inc.

**Defendant**
Eli Lilly and Company

**Defendant**
Endo Pharmaceuticals, Inc.

**Defendant**
Ethex Corp.

**Defendant**
Forest Laboratories, Inc.

**Defendant**
Forest Pharmaceuticals, Inc.

**Defendant**
Fujisawa Healthcare, Inc.

**Defendant**
Genentech, Inc.

**Defendant**
Genzyme Corp.

**Defendant**
Gilead Sciences, Inc.

**Defendant**
Glaxosmithkline, P.L.C.

**Defendant**
Greenstone, Ltd.

**Defendant**
Hoffman-La Roche, Inc.

**Defendant**
Immunex Corp.

**Defendant**
Ivax Corp.

**Defendant**
Ivax Pharmaceuticals, Inc.

**Defendant**
Janssen Pharmaceutica Products, LP

**Defendant**
Johnson & Johnson

**Defendant**
McNeil-PPC, Inc.

**Defendant**
King Pharmaceuticals, Inc.

**Defendant**
Medimmune, Inc.

**Defendant**
Merck & Co., Inc.

**Defendant**
Monarch Pharmaceuticals, Inc.

**Defendant**
Mylan Laboratories, Inc.

**Defendant**
Mylan Pharmaceuticals, Inc.

**Defendant**
Novartis Pharmaceuticals Corp.

**Defendant**
Novo Nordisk Pharmaceuticals, Inc.

**Defendant**
Organon USA

**Defendant**
Ortho Biotech Products LP

**Defendant**
Ortho-McNeil Pharmaceutical, Inc.

**Defendant**
Par Pharmaceutical, Inc.

**Defendant**
Pfizer Inc.

**Defendant**
Pharmacia Corporation

**Defendant**
Purdue Pharama, L.P.

**Defendant**
Purepac Pharmaceutical Co.

**Defendant**
Reilant Pharmaceuticals

**Defendant**
Roche Labs

**Defendant**
Roxane Laboratories, Inc.

**Defendant**
Sandoz, Inc.

**Defendant**
Sanofi-Synthelabo, Inc.

**Defendant**

**Schering Corp.**

**Defendant**

**Schering-Plough Corp.**

**Defendant**

**Serono, Inc.**

**Defendant**

**Smithklinebeecham Corp.**
*doing business as*
Glaxosmithkline

**Defendant**

**Takeda Pharmaceuticals North America, Inc.**

**Defendant**

**Tap Pharmaceutical Products, Inc.**

**Defendant**

**Teva Pharmaceutical USA, Inc.**

**Defendant**

**UCB Pharma, Inc.**

**Defendant**

**UDL Laboratories, Inc.**

**Defendant**

**Warrick Pharmaceuticals Corp.**

**Defendant**

**Watson Pharmaceuticals, Inc.**

**Defendant**

**Watson Pharma, Inc.**

**Defendant**

**Wyeth**

| Date Filed | # | Docket Text |
|---|---|---|

| 01/26/2005 | 1 | COMPLAINT against Alpharma, Inc., Amgen, Inc., Andrx Corp., Astrazeneca Pharmaceuticals L.P., Aventis Pharmaceuticals Inc., Barr Laboratories, Inc., Baxter International, Inc., Baxter Healthcare Corporation, Bayer Corp., Ben Venue Laboratories, Inc., Berlex Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Dermik Laboratories, Inc., Dey, Inc., Eisai, Inc., Eli Lilly and Company, Endo Pharmaceuticals, Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Genentech, Inc., Genzyme Corp., Gilead Sciences, Inc., Glaxosmithkline, P.L.C., Greenstone, Ltd., Hoffman-La Roche, Inc., Immunex Corp., Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, McNeil-PPC, Inc., King Pharmaceuticals, Inc., Medimmune, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Organon USA, Ortho Biotech Products LP, Ortho-McNeil Pharmaceutical, Inc., Par Pharmaceutical, Inc., Pfizer Inc., Pharmacia Corporation, Purdue Pharama, L.P., Purepac Pharmaceutical Co., Reilant Pharmaceuticals, Roche Labs, Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Abbott Laboratories, Inc., Schering Corp., Schering-Plough Corp., Serono, Inc., Smithklinebeecham Corp., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., UDL Laboratories, Inc., Warrick Pharmaceuticals Corp., Agouron Pharmaceuticals, Inc., Watson Pharmaceuticals, Inc., Watson Pharma, Inc., Wyeth, Alcon Laboratories, Inc., Allergan, Inc. ( Filing fee $ 150 receipt number ALB000428) filed by County of Onondaga. (Attachments: # (1) Exhibit A# 2 Exhibit A (cont'd)# 3 Exhibit(s) B thru E# 4 Complaint - Part 1# 5 Complaint - Part 2)(wbl, ). Modified on 2/1/2005 (wbl, ). (Entered: 02/01/2005) |
| 01/26/2005 | | Summons Issued as to Alpharma, Inc., Amgen, Inc., Andrx Corp., Astrazeneca Pharmaceuticals L.P., Aventis Pharmaceuticals Inc., Barr Laboratories, Inc., Baxter International, Inc., Baxter Healthcare Corporation, Bayer Corp., Ben Venue Laboratories, Inc., Berlex Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Dermik Laboratories, Inc., Dey, Inc., Eisai, Inc., Eli Lilly and Company, Endo Pharmaceuticals, Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Genentech, Inc., Genzyme Corp., Gilead Sciences, Inc., Glaxosmithkline, P.L.C., Greenstone, Ltd., Hoffman-La Roche, Inc., Immunex Corp., Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, McNeil-PPC, Inc., King Pharmaceuticals, Inc., Medimmune, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan |

|  |  | Pharmaceuticals, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Organon USA, Ortho Biotech Products LP, Ortho-McNeil Pharmaceutical, Inc., Par Pharmaceutical, Inc., Pfizer Inc., Pharmacia Corporation, Purdue Pharama, L.P., Purepac Pharmaceutical Co., Reilant Pharmaceuticals, Roche Labs, Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Abbott Laboratories, Inc., Schering Corp., Schering-Plough Corp., Serono, Inc., Smithklinebeecham Corp., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., UDL Laboratories, Inc., Warrick Pharmaceuticals Corp., Agouron Pharmaceuticals, Inc., Watson Pharmaceuticals, Inc., Watson Pharma, Inc., Wyeth, Alcon Laboratories, Inc., Allergan, Inc.. (wbl, ) (Entered: 02/01/2005) |
|---|---|---|
| 01/26/2005 | 2 | G.O. 25 FILING ORDER ISSUED Initial Conference set for 6/21/2005 09:30 AM in Syracuse before Magistrate Judge George H. Lowe. Civil Case Management Plan due by 6/13/2005. (wbl, ) (Entered: 02/01/2005) |

## PACER Service Center

### Transaction Receipt

03/28/2005 16:06:58

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 5:05-cv-00088-FJS-GHL |
| Billable Pages: | 4 | Cost: | 0.32 |